UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 17-9294

V. : CRIMINAL ACTION

Nora Miller : ORDER OF RELEASE

The Court orders the defendant, __Nora Miller__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____

__Nora Miller__  
DEFENDANT

DATE 11-16-2017

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE  
U.S. MAGISTRATE JUDGE

DATE 11/16/17

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

U.S. PRETRIAL SERVICES OFFICER